UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| TRAZIL GAINES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:24-cv-00125-SNLJ |
| | ) |
| DART TRANSIT COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on defendant Paschall Truck Lines and Onesimo Carreon's motion to quash plaintiff's subpoena to Lytx. [Doc. 72]. The motion requests that the Court limit and modify the subpoena that plaintiff issued to Lytx (a non-party). [Id.].

Local Rule 3.04 provides:

The Court will not consider any motion relating to discovery and disclosure unless it contains a statement that movant's counsel has conferred in person or by telephone with the opposing counsel in good faith or has made reasonable efforts to do so, but that after sincere efforts to resolve their dispute, counsel are unable to reach an accord. This statement also shall recite the date, time and manner of such conference, and the names of the individuals participating therein, or shall state with specificity the efforts made to confer with opposing counsel.

*See* E.D. Mo. L.R. 3.04. Here, defendants' motion does not reference any communication defendants' counsel initiated with plaintiff's counsel regarding the issues now raised in the motion. Nor does the motion reference any good faith or reasonable effort to do so as required by Local Rule 3.04. As a result, the motion must be summarily denied.

Accordingly,

**IT IS HEREBY ORDERED** that defendants Paschall Truck Lines and Onesimo Carreon's Motion to Limit and Quash Plaintiff's Subpoena to Lytx [Doc. 72] is **DENIED**.

**SO ORDERED** on this 26th day of January, 2026.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE